UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALFREDO VILLOLDA, et al.,

                Plaintiff,

-against-

BNP PARIBAS S.A. AND BNP PARIBAS
NORTH AMERICA, INC.,

                Defendants.
------------------------------------------------------------X
ALFREDO VILLOLDA, et al.,

                Plaintiff,

-against-

ING BANK, N.V.,

                Defendant.
------------------------------------------------------------X
ALFREDO VILLOLDA, et al.,

                Plaintiff,

-against-

HSBC BANK USA, N.A., and HSBC
HOLDINGS PLC,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2015

14 CIVIL 9930 (AKH)

**JUDGMENT**

15 CIVIL 268 (AKH)

**JUDGMENT**

15 CIVIL 496 (AKH)

**JUDGMENT**

Defendants BNP Paribas S.A. and BNP Paribas North America, Inc. (The "BNP Defendants"), ING Bank N.V. (the "ING Defendant"), HSBC Bank USA, N.A. and HSBC Holdings PLC (the "HSBC Defendants") (collectively, "Defendants") having moved before Answer to dismiss the complaints in each action, filed December 16, 2014, January 14, 2015 and January 22, 2015, respectfully, and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on July 21, 2015, having rendered its Order granting Defendants' motions, Plaintiffs' complaints because they do not adequately plead any causes of action, and must therefore be dismissed, directing the Clerk to enter judgment for the Defendants and mark the cases

closed, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 21, 2015, Defendants' motions to dismiss are granted, Plaintiffs' complaints do not adequately plead any causes of action, therefore they are dismissed; judgment is hereby entered in favor of Defendants; accordingly, these cases are the case is closed.

**Dated:** New York, New York
July 23, 2015

RUBY J. KRAJICK
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____